UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW JONES,

                Plaintiff,

-against-

N.Y.P.D.; MONTICELLO VILLAGE P.D.,

                Defendants.

23-CV-9515 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the January 2, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 29, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                           Chief United States District Judge